1  David G. Cox
2  4240 Kendale Road
   Columbus, Ohio 43220
3  Tel: (614) 457-5167
   dcoxlaw@columbus.rr.com
4
   ATTORNEY FOR PLAINTIFFS
5

FILED

JAN 1 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
6  FOR THE EASTERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA       :    CASE NO. 1:08-cr-0448 SMS
                                  :
8      Plaintiff,                 :    MAGISTRATE JUDGE
9                                 :    DENNIS L. BECK
       v.                         :
10                                :
   ORGANIC PASTURES DAIRY         :    APPLICATION FOR ADMISSION
11 COMPANY LLC, and               :    TO APPEAR PRO HAC VICE
                                  :    and
12 MARK L. McAFEE                 :    Order
13                                :
       Defendants.
14

15     Pursuant to Local Rule 83-180(b)(2), Attorney David G. Cox
16 hereby applies to this Honorable Court for admission to appear
17 *pro hac vice* on behalf of Defendants Organic Pastures Dairy
18 Company, LLC and Mark McAfee in this matter.
19     For his part, Attorney Cox states that he does not reside in
20 California, he is not regularly employed in California, and he
21 is not regularly engaged in professional activities in
22 California.
23     Attorney Cox states that he has been licensed to practice in
24 the State of Ohio since 1989, is currently in good standing, and
25 that his Ohio Supreme Court registration number is 0042724.
26     Attorney Cox also states that he is admitted to practice,
27 in good standing, and eligible to practice in the following
28

*Application for Admission to Appear Pro Hac Vice, United States v. Organic Pastures Dairy Company, LLC et al., Case No. 1:08-cr-0448 SMS*

1

1  federal courts:  (1) United States Court of Appeals for the
2  Seventh Circuit; (2) United States District Court for the
3  Central District of Illinois; (3) United States District Court
4  for the Northern District of Ohio; (4) United States District
5  Court for the Southern District of Ohio; (5) United States
6  District Court for the District of Columbia.

7  Attorney Cox also states that he designates J. Kenneth Gorman
8  of the law firm of Lombardo and Gilles, 318 Cayuga Street,
9  Salinas, CA 93901, Telephone number 831-754-2444, Fax number
10 831-754-2011, as the person to whom the Court may communicate
11 regarding Attorney Cox's conduct and upon whom service shall be
12 made.

13 Finally, Attorney Cox states that he is not disbarred or
14 suspended in any state or federal court and that he has never
15 applied for admission pro hac vice before this Court.

16 Date:  January 5, 2009

Respectfully submitted,

David G. Cox (OH Sup. Ct. No. 0042724)
4240 Kendale Road
Columbus, Ohio 43220
614-457-5167
dcoxlaw@columbus.rr.com
Attorney for Defendants

It is so Ordered. Dated: 1/9/09

United States District Judge
Magistrate

Application for Admission to Appear Pro Hac Vice, United States v. Organic
Pastures Dairy Company, LLC et al., Case No. 1:08-cr-0448 SMS

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by regular U.S. mail and by electronic mail on this 5th day of January, 2009, to the following:

Mark E. Cullers
Kirk E. Sherriff
Assistant U.S. Attorneys
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, California 93721
Attorneys for the
United States of America

J. Kenneth Gorman
Lombardo & Gilles, LLP
318 Cayuga Street
Salinas, CA 93901
Designee for Defendants

David G. Cox (0042724)

*Application for Admission to Appear Pro Hac Vice, United States v. Organic Pastures Dairy Company, LLC et al., Case No. 1:08-cr-0448 SMS*

3

The Law Office of David G. Cox
4240 Kendale Road
Columbus, OH 43220
614-457-5167
dcoxlaw@columbus.rr.com

January 5, 2009

Clerk of Court
United States District Court
Eastern District of California
1501 Robert E. Coyle
United States Courthouse
2500 Tulare Street
Fresno, CA 93721-1318

      Re:    United States v. Organic Pastures
               Case No. 1:08-cr-0448 SMS

Dear Clerk:

    Please find enclosed an original and three copies of an Application to Appear Pro Hac Vice and a check in the amount of $180 payable to the order of the United States District Court.

    Please file the original and return all extra time stamped copies to me in the enclosed return envelope. Please contact me if you have any questions on this matter.

    Looking forward to hearing from you soon, I remain,

                                            Respectfully,

                                            David G. Cox

Encl:

Cc:    Kirk Sheriff, AUSA
        J. Kenneth Gorman, Esq.