1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: 1:08-CR-00448 SMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ORGANIC PASTURES DAIRY COMPANY LLC, and MARK L. McAFEE, | ) | |
| Defendants. | ) | |

For good cause shown, based on the submissions by the parties and pursuant to the plea agreement between the United States and defendant Organic Pastures Dairy Co. LLC ("Organic Pastures"), filed December 22, 2008, defendant Organic Pastures' motion to withdraw its guilty plea in this case is granted.

Also for good cause shown, the United States' motions to dismiss the Information with prejudice as to defendants **Organic Pastures** and Mark L. McAfee are granted.

IT IS SO ORDERED.

Dated:  February 24, 2011             /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE