BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:08-CR-00448 SMS |
| Plaintiff, | |
| v. | ORDER |
| ORGANIC PASTURES DAIRY COMPANY LLC, and MARK L. McAFEE, | |
| Defendants. | |

For good cause shown, based on the submissions by the parties and pursuant to the plea agreement between the United States and defendant Organic Pastures Dairy Co. LLC ("Organic Pastures"), filed December 22, 2008, defendant Organic Pastures' motion to withdraw its guilty plea in this case is granted.

Also for good cause shown, the United States' motions to dismiss the Information with prejudice as to defendants **Organic Pastures** and Mark L. McAfee are granted.

IT IS SO ORDERED.

Dated:  February 24, 2011         /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE